# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:16-cv-00158-MR
# (CRIMINAL CASE NO. 1:06-cr-00252-MR-2)

| | |
|---|---|
| JACQUES ROBERT JACKSON, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) <br> _____ ) | **ORDER** |

**THIS MATTER** is before the Court Petitioner's Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255 [Doc. 1].

**IT IS, THEREFORE, ORDERED:**

(1) The United States Marshal shall have Petitioner present in Asheville, North Carolina, for the November 2019 sentencing term;

(2) The Clerk of Court shall calendar this matter for resentencing during the first sentencing term on or after November 26, 2019; and

(3) The United States Probation Office shall provide a supplemental presentence report.

(4) The Court hereby authorizes the appointment of counsel pursuant to the Criminal Justice Act.

The Clerk is directed to provide notification and/or copies of this Order to counsel for the Government, counsel for the Petitioner, the United States Marshals Service, the Bureau of Prisons, and the United States Probation Office.

Signed: September 10, 2019

Martin Reidinger
United States District Judge